First Department. December 24, 1909.) Action by Owen Hymes against Frederick W. Whitridge, as receiver. B. H. Ames, for appellant. E. J. McGrossin, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

IANDORIO, Appellant, v. AMERICAN SILK DYEING & FINISHING CO., Respondent. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Giuseppe Iandorio, as administrator, against the American Silk Dyeing & Finishing Company. R. Maggio, for appellant. B. L. Pettigrew, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT and MILLER, JJ., dissent.

In re ICKELHEIMER. (Supreme Court, Appellate Division, First Department. December 24, 1909.) In the matter of Henry R. Ickelheimer. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to renewal as stated in order. Order filed.

INNIS, SPEIDEN & CO., Appellants, v. NEVINS, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Innis, Speiden & Co. against Thomas A. Nevins. A. C. Rowe, for appellants. A. Benedict, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents, on the ground that the complaint should not have been dismissed.

INTERNATIONAL CHEESE CO., Respondent, v. PHENIX CHEESE CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by the International Cheese Company against the Phenix Cheese Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 118 App. Div. 499, 103 N. Y. Supp. 362.

ISAACS et al., Appellants, v. ILLINOIS SURETY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Lewis M. Isaacs and others against the Illinois Surety Company. L. G. Rosenblatt, for appellants. B. G. Oppenheim, for respondent.

PER CURIAM. Order modified, by striking out the provision with respect to the right to serve an amended answer, and by simply providing that the proceedings in this action be stayed pending the appeal to this court from the judgment, and, as modified, affirmed, with $10 costs and disbursements to the appellants. Settle order on notice.

IVERS, Respondent, v. CONTINENTAL CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Jennie Ivers against the Continental Casualty Company. No opinion. Judgment and order affirmed, with costs.

JOHN D. PARKS & SONS v. HUBBARD et al. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by John D. Parks & Sons against Charles Hubbard and others. No opinion. Motion granted. Settle order on notice. See, also, 134 App. Div. 468, 119 N. Y. Supp. 347; Id., 119 N. Y. Supp. 352.

JONES, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by A. Stanley Jones against John H. Davis and others. P. Bonynge, for appellant. G. W. Glaze, for respondents. No opinion. Order modified as stated in order, and, as modified, affirmed, without costs. Order filed.

JONES, Appellant, v. DAVIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by A. Stanley Jones against John H. Davis and others. P. Bonynge, for appellant. G. W. Glaze, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JONES, Appellant, v. SABIN, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by G. Edwin Jones against Harriet G. Sabin. Lenney, McGuire & Co., for appellant. M. W. Littleton, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 122 App. Div. 666, 107 N. Y. Supp. 508.

JORDAN, Respondent, v. CROFOOT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Edward S. Jordan against Peter J. Crofoot, impleaded. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

JOSEPH et al., Appellants, v. SCHWARZSCHILD & SULZBERGER CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Moses H. Joseph and another against the Schwarzschild & Sulzberger Company and others. A. Benedict, for appellants. S. M. Stroock, for respondents.

PER CURIAM. Order modified, by striking out the provision for an extra allowance, and by allowing taxable costs and disbursements to the individual defendants only as a condition of discontinuing the action, and, as so modified, affirmed, without costs. Settle order on notice.

KARACZKOWSKI, Respondent, v. MERCHANTS' & SHIPPERS' WAREHOUSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Peter Karaczkowski against the Merchants' & Shippers' Warehouse Company. No